# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                              **Crim. No. 4:09-CR-90-1F**

**FREDERICK ONEAL BAILEY**

     On December 9, 2010, the above named was placed on a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

                                     I declare under penalty of perjury that the foregoing is true and correct.

                                     /s/ Bentley H. Massey  
                                     Bentley H. Massey  
                                     Sr. U.S. Probation Officer  
                                     310 New Bern Avenue, Room 610  
                                     Raleigh, NC 27601-1441  
                                     Phone: 919-861-8815  
                                     Executed On: September 29, 2016

E

## ORDER OF COURT

     Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this   29   day of   September   , 2016.

                                       James C. Fox  
                                       Sr. U.S. District Judge